IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF INDIANA,<br><br>Plaintiffs,<br><br>v.<br><br>STEEL DYNAMICS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. 1:21-CV-86-HAB |

**ORDER**

Pursuant to 28 U.S.C. § 455, the undersigned recuses herself from this case. Pursuant to 28 U.S.C. § 137 and Local Rule 40-1(f)(2)(A), the Clerk of this Court is hereby directed to reassign this matter to another District Judge in the Fort Wayne Division for all further proceedings.

SO ORDERED on February 11, 2026.

s/Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT